B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    Texans CUSO Insurance Group, LLC                              Case No.    09-35981
                                    Debtor(s)                          Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Budget Print Center<br>1778 N. Plano Rd. Ste 106<br>Richardson, Texas 75081 | | Trade Debt | | 130.60 |
| Konica Minolta<br>P.O. Box 122366<br>Dallas, Texas 75312 | | Trade Debt | | 65.72 |
| Lone Star Overnight<br>P.O. Box 149225<br>Austin, Texas 78714 | | Trade Debt | | 10.20 |
| Muzak<br>P.O. Box 71070<br>Charlotte, NC 28272-1070 | | Trade Debt | | 119.23 |
| Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285-6460 | | Trade Debt | | 1050.00 |
| Pitney Bowes<br>P.O. Box 856460<br>Louisville, KY 40285-6460 | | Trade Debt | | 1071.68 |
| Recall Total Information<br>P.O. Box 841693<br>Dallas, Texas 75284 | | Trade Debt | | 209.59 |
| Marsh Berry<br>P.O. Box 1303<br>Hermitage, PA 16184 | | Trade Debt | | 1050.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Texans CUSO Insurance Group, LLC**            Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| EBIX, Inc. 3906 Paysphere Circle Chicago, IL 60674 | | Trade Debt | | 100.00 |
| Insurance Service Office P.O. Box 27507 New York, NY 10087 | | Trade Debt | | 139.56 |
| Cogent Communication P.O. Box 791087 Baltimore, MD 21279-1087 | | Trade Debt | | 974.00 |
| Work Flow One P.O. Box 644108 Pittsburg, PA 15264-4108 | | Trade Debt | | 947.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  Texans CUSO Insurance Group, LLC
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 5, 2009**        Signature  /s/ Mike Haselden
                                              **Mike Haselden**
                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.