# EXHIBIT A

## SCHEDULE OF CURRENT HOURLY RATES
## FOR ATTORNEYS AND PARALEGALS
## 2009

| Attorneys | Hourly Rate |
|---|---|
| Michael R. Rochelle | $550.00 |
| Kevin D. McCullough | $450.00 |
| Gregory H. Bevel | $450.00 |
| Scott M. DeWolf | $350.00 |
| Sean J. McCaffity | $350.00 |
| Chris B. Harper | $450.00 |
| Kerry A. Miller | $220.00 |
| Paralegals | $140.00 |



EXHIBIT A