# EXHIBIT B



Rochelle · McCullough, L.L.P.

325 N. Saint Paul Street
Suite 4500
Dallas, Texas 75201
Phone (214) 953-0182
Fax (214) 953-0185

## STATEMENT OF PRACTICE

The law firm of Rochelle McCullough L.L.P. primarily focuses its practice on matters involving corporate bankruptcy; counsel to financially distressed business entities; and commercial reorganization and creditor rights. The firm typically is retained by debtors-in-possession, official and unofficial committees of creditors, bond holders and equity owners, corporate Chapter 7 trustees, post confirmation trustees and other interested parties in the various commercial transactions involving bankruptcy estates. RM also has a litigation department which handles civil trials and appellate work in State and Federal Courts, representing litigants in general matters of commercial litigation, typically involving the legal claims of directors and officers liability, professional misconduct and malpractice, fraudulent conveyances, fraudulent transfers, Chapter 5 bankruptcy causes of action, personal injuries, wrongful death and employment, sex, age and racial discrimination.

## PARTNERS

**Michael R. Rochelle,** (Partner) born Dallas, Texas, 1949; admitted to bar, 1977, Texas. Education: Duke University (B.A., cum laude, 1971); University of Oxford, Oxford, England (B.A., with honors, 1973; M.A., 1978); Southern Methodist University (J.D., 1976). Publications: Co-Author: "A Checklist for Chapter XI Operations," 51 American Bankruptcy Law Journal 329, 1977; Collier Handbook for Trustees and Debtors-in-Possession, Matthew Bender, 1982-present; "Post-Filing Loans to the Chapter 11 Debtor: Good Money After Bad?" 107 Banking Law Journal 344 (1990). Author, "Lowering the Penalties for Failure: Using the Insolvency Law as a Tool for Spurring Economic Growth; the American Experience and Possible Uses for South Africa," Journal of South African Law 315 (1996-2). Contributing Author: Adjunct Professor: Texas Tech University School of Law, 1983; Southern Methodist University, 1984-1986. Member: Dallas and American Bar Associations; State Bar of Texas. Practice Areas: Bankruptcy; Corporate Reorganization.

**Kevin D. McCullough,** (Partner) born Minneapolis, Minnesota, 1967; admitted to bar, 1993, Texas; U.S. District Court, Northern, Southern, Eastern and Western Districts of Texas. Education: Stephen F. Austin University (B.B.A.,1989); University of Houston Law Center (J.D., 1993). Featured in the article, Best Lawyers Under 40, published in D Magazine, May 2002. Member: Dallas Bar Association (Chair, Bankruptcy Section, 2003); State Bar of Texas; John C. Ford American Inn of Court; Turnaround Management Association; National Association of Bankruptcy Trustees. Practice Areas: Bankruptcy; Corporate Reorganization; Litigation.

**EXHIBIT B**

WWW.ROMCLAWYERS.COM

**Gregory H. Bevel**, (Partner) born Houston, Texas, 1961; admitted to bar, 1985, Texas; Federal District Courts for the Northern, and Eastern Districts of Texas; United States Court of Federal Claims, United States Courts of Appeals for the Fifth Circuit and the District of Columbia Circuit. **Education:** Baylor University (B.B.A., 1983, J.D., 1985); **Publications:** Speaker/Co-Author - *Defending the Immune System*, Gary D. Elliston and Greg H. Bevel - Asbestos Medicine Seminar, Defense Research Institute, San Diego California - October 25-27, 1989; *Legal Update - Bad Faith: An Overview*, Greg H. Bevel, Susan E. Cartwright, and Elizabeth C. Powell - A.M.S.S. Insurance Seminars, Dallas\Ft. Worth, Houston, Austin, San Antonio, Corpus Christi, Lubbock, and El Paso, Texas - February 17, 24, March 3, 4, 10, 17, and 24, 1994;*Asbestos Fibers & Ferruginous Bodies - Low Dose Equals No Dose*; Greg H. Bevel, Andrews Seminars Houston, Texas - March 10, 1995; Speaker/Co-Author - *TLVs From A to Z: The Use of Threshold Limit Values in Defense of Toxic Tort Cases* - CMA Tort Litigation Group Meeting - Chicago, Illinois - September 24-26, 1997;Co-Author - *Looking at Old Things in a New Way: The Affirmative Use of Industrial Hygiene Standards, Dust Studies, TLVs and Historical Regulations in Defending Asbestos Cases* - Asbestos Medicine Seminar, Defense Research Institute - San Diego, California - November 13-16, 1997 Fellow: Texas Bar Foundation. Member: Dallas Bar Association, State Bar of Texas, Texas Association of Attorney Mediators. Texas Mediator's Certificate; **Practice Areas:** Civil, Corporate and Business Litigation; Personal Injury/Wrongful Death Litigation; and Mediation.

**Scott M. DeWolf**, (Partner) born Rochester, MI, 1974; admitted to bar, 1999, Texas; U.S. District Court, Northern, Southern, Eastern District of Texas, Eastern Districts of Texas, and the Sixth Circuit Court of Appeals. **Education:** Texas A&M University (B.A., magnum cum laude, 1996); Baylor University School of Law (J.D., cum laude, 1999). Named a "Texas Rising Star" in Texas Monthly Magazine in 2004, 2005 and 2007. **Publications:** "Shareholder Litigation in the Shadow of Bankruptcy" as part of the Houston Bar Association Litigation Section's Conference: "Lessons from Enron . . . The Issues We Face When Big Companies Fail"; and "Avoiding the Pitfalls of Insolvency Liability: Directors' and Officers' Fiduciary Duties to Creditors" published in the Journal of the Michigan Bar Association's Business Section. Member: State Bar of Texas, State Bar of Michigan, Dallas Bar Association, Collin County Bar Association, and the Dallas Association of Young Lawyers. **Practice Areas:** Complex Litigation; Multi-District Litigation, Class Actions, Antitrust Matters, Director and Officer Liability, Derivative Litigation and Legal and Accounting Malpractice.

**Sean J. McCaffity**, (Partner) born Dallas, TX, 1974; admitted to bar, 1999, Texas; Northern, Eastern, and Southern District of Texas and the Fifth Circuit Court of Appeals. **Education:** Northwestern University (B.A., 1996); Baylor University School of Law (J.D., cum laude, 1999). Winner of the National Debate

Tournament (1994, 1995) and the nation's top individual speaker (1996). Named a "Texas Rising Star" in Texas Monthly Magazine in 2004, 2005, 2006, and 2007. **Practice Areas:** Bankruptcy and Commercial Litigation, Business Fraud Claims, Civil RICO, Director and Officer Liability, and Professional Malpractice Claims.

## OF COUNSEL

**Christopher B. Harper,** (Of Counsel) born Dallas, Texas, 1947; admitted to the bar, 1973, Texas, Federal District Courts of Northern, Eastern, Western and Southern Districts of Texas, U.S. Supreme Court, Fifth Circuit. Former Vice President and General Counsel, Fortune 500 energy business. **Education:** Texas Tech University (B.B.A, 1969), University of Houston, Bates College (J.D. 1972), Austin Presbyterian Theological Seminary (M. Div. 2005). **Member:** Dallas Bar Association, Texas Bar Association, Commercial Law League Texas Bar College. **Practice Areas:** Bankruptcy; Corporate Reorganization; Litigation; Corporate Governance and Compliance Issues; All Aspects of the Energy Business, Domestic and International; Merger and Acquisition of Healthcare and Energy Entities.

## ASSOCIATES

**Kerry Ann Miller,** (Associate) born 1979; admitted to bar, 2005, Texas. **Education:** Baylor University (B.A., 2001); University of Arkansas (J.D., 2005). **Member:** State Bar of Texas and Dallas Association of Young Lawyers. **Practice Areas:** Civil, Corporate and Business Litigation; Personal Injury/Wrongful Death Litigation.

\* Please note attorneys are not certified by the Texas Board of Legal Specialization, unless this is specifically stated in this biography.