# EXHIBIT A

Texans CUSO Insurance Group, LLC
Forecast of Post Petition - Income and Expenses
for 13 Week Period Ending 12/11/2009

| W/E: | 09/11/09 | 09/18/09 | 09/25/09 | 10/02/09 | 10/16/09 | 10/23/09 | 10/30/09 | 11/06/09 | 11/13/09 | 11/20/09 | 11/27/09 | 12/4/09 | 12/11/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earned Interest Income | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Interest Income | 0 | 0 | 200 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 200 | 0 |
| Total Interest Income | 250 | 250 | 450 | 250 | 250 | 250 | 450 | 250 | 250 | 250 | 250 | 450 | 250 |
| P&C Agency Bill Commissions | 28,000 | 28,000 | 28,000 | 28,945 | 28,945 | 28,945 | 28,945 | 17,300 | 17,300 | 17,300 | 17,300 | 25,926 | 25,926 |
| P & C Direct Bill Commission | 125,000 | 75,000 | 100,000 | 150,000 | 125,000 | 75,000 | 100,000 | 150,000 | 125,000 | 75,000 | 100,000 | 150,000 | 125,000 |
| Group,Life & LTD Commission | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Agency Fee | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Travelers Supplemental Commission | 0 | 0 | 65,000 | 0 | 0 | 0 | 72,350 | 0 | 0 | 0 | 0 | 57,500 | 0 |
| Hartford Supplemental Commission | 0 | 0 | 10,000 | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 0 | 12,500 | 0 |
| Total Commissions, Contingency & | 158,400 | 108,400 | 208,400 | 184,345 | 159,345 | 109,345 | 221,695 | 172,700 | 147,700 | 97,700 | 122,700 | 251,326 | 156,326 |
| Other Income/Agent Payback | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Lease Income | 0 | 0 | 0 | 1,604 | 0 | 0 | 0 | 1,604 | 0 | 0 | 0 | 1,604 | 0 |
| Total Other Income | 25 | 25 | 25 | 1,629 | 25 | 25 | 25 | 1,629 | 25 | 25 | 25 | 1,629 | 25 |
| Gross Revenues | 158,675 | 108,675 | 208,875 | 186,224 | 159,620 | 109,620 | 222,170 | 174,579 | 147,975 | 97,975 | 122,975 | 253,405 | 156,601 |
| Broker/Agency Bill Commission | 14,000 | 14,000 | 14,000 | 14,473 | 14,473 | 14,473 | 14,473 | 8,650 | 8,650 | 8,650 | 8,650 | 12,963 | 12,963 |
| Direct Bill Agent Commission | 56,250 | 33,750 | 45,000 | 67,500 | 56,250 | 33,750 | 45,000 | 67,500 | 56,250 | 33,750 | 45,000 | 67,500 | 56,250 |
| Contingency Commission | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service Center Fees | 0 | 0 | 418 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 418 | 0 | 0 |
| Employee Benefits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Outside Commission | 70,250 | 47,750 | 59,418 | 81,973 | 70,723 | 48,223 | 59,473 | 76,150 | 64,900 | 42,400 | 54,068 | 80,463 | 69,213 |
| Net Revenues | 88,425 | 60,925 | 149,457 | 104,252 | 88,898 | 61,398 | 162,698 | 98,429 | 83,075 | 55,575 | 68,907 | 172,942 | 87,388 |
| Expenses | | | | | | | | | | | | | |
| Compensation Expenses | | | | | | | | | | | | | |
| Payroll-Salary | | 57,926 | | 57,926 | 0 | 57,926 | 0 | 57,926 | | 57,926 | 0 | 57,926 | 0 |
| Payroll-Wages | | 15,000 | | 15,000 | 0 | 15,000 | 0 | 15,000 | | 15,000 | 0 | 15,000 | 0 |
| Payroll-Executive | | 15,000 | | 15,000 | 0 | 15,000 | 0 | 15,000 | | 15,000 | 0 | 15,000 | 0 |
| Payroll - Sales/Marketing | | 21,250 | | 21,250 | 0 | 21,250 | 0 | 21,250 | | 21,250 | 0 | 21,250 | 0 |
| Payroll - Overtime | | 500 | | 500 | 0 | 500 | 0 | 500 | | 500 | 0 | 500 | 0 |
| Producer/Employee Commission | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 |
| Payroll - Incentives | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Payroll | 1,075 | 110,751 | 1,075 | 110,751 | 1,075 | 110,751 | 1,075 | 110,751 | 1,075 | 110,751 | 1,075 | 110,751 | 1,075 |
| FICA Tax | 0 | 6,867 | 0 | 6,867 | 0 | 6,867 | 0 | 6,867 | 0 | 6,867 | 0 | 6,867 | 0 |
| Medicare Tax | 0 | 1,606 | 0 | 1,606 | 0 | 1,606 | 0 | 1,606 | 0 | 1,606 | 0 | 1,606 | 0 |
| Federal Unempmnt Tax | 0 | 898 | 0 | 898 | 0 | 898 | 0 | 898 | 0 | 898 | 0 | 898 | 0 |
| State Unemployment Tax | 0 | 904 | 0 | 904 | 0 | 904 | 0 | 904 | 0 | 904 | 0 | 904 | 0 |
| Missouri State Unemploy Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Payroll Tax | 0 | 10,274 | 0 | 10,274 | 0 | 10,274 | 0 | 10,274 | 0 | 10,274 | 0 | 10,274 | 0 |
| Insurance-Group Health | 0 | 0 | 0 | 17,600 | 0 | 0 | 0 | 17,600 | 0 | 0 | 0 | 0 | 17,600 |
| Insurance-Life, Ltd, AD&D | 0 | 0 | 0 | 2,200 | 0 | 0 | 0 | 2,200 | 0 | 0 | 0 | 0 | 2,200 |
| Employee Related/Award | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Employee Benefits | 0 | 2,769 | 0 | 2,769 | 0 | 2,769 | 0 | 2,769 | 0 | 2,769 | 0 | 2,769 | 0 |
| Total Employee Benefits | 100 | 2,869 | 100 | 22,669 | 100 | 2,869 | 100 | 22,669 | 100 | 2,869 | 100 | 2,869 | 19,900 |
| Total Compensation Expense | 1,175 | 123,894 | 1,175 | 143,694 | 1,175 | 123,894 | 1,175 | 143,694 | 1,175 | 123,894 | 1,175 | 123,894 | 20,975 |
| Selling Expense | | | | | | | | | | | | | |
| Automobile | 0 | 91 | 0 | 91 | 182 | 182 | 0 | 91 | 0 | 91 | 0 | 91 | 0 |
| Automobile Mileage | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| Total Auto & Mileage | 1,100 | 1,191 | 1,100 | 1,191 | 1,282 | 1,282 | 1,100 | 1,191 | 1,100 | 1,191 | 1,100 | 1,191 | 1,100 |
| Entertainment | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Meals | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 |
| Travel | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| Convention | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Business Travel | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 | 825 |

Texans CUSO Insurance Group, LLC
Forecast of Post Petition - Income and Expenses
for 13 Week Period Ending 12/11/2009

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Promotions/Sponsorships | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Advertising | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Advertising | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Licenses & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Filing Fee | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Inspection Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MVR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Licenses & Filing Fees | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Bad Debt | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Waive Small Balances | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Total Miscellaneous | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| Total Selling Expense | 2,085 | 2,176 | 2,085 | 2,176 | 2,267 | 2,267 | 2,085 | 2,176 | 2,085 | 2,176 | 2,085 | 2,176 | 2,176 | 2,085 |
| Operating Expense | | | | | | | | | | | | | | |
| Equipment Rental | 0 | 0 | 357 | 0 | 0 | 0 | 357 | 0 | 0 | 0 | 0 | 357 | 0 | 0 |
| Rent | 0 | 0 | 0 | 22,772 | 0 | 0 | 0 | 22,772 | 0 | 0 | 0 | 0 | 0 | 22,772 |
| Telephone | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 |
| Mail & Postage | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 |
| Office Supplies | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Membership & Dues | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 |
| Books/Subscriptions | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 1,416 |
| Professional Fees - DIP | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 0 | 150,000 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Audit, Legal, Professional | 2,538 | 2,538 | 2,895 | 175,310 | 2,538 | 2,538 | 2,895 | 175,310 | 2,538 | 2,538 | 2,538 | 2,538 | 152,895 | 26,608 |
| Bank Charges | 750 | 0 | 0 | 100 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Finance Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Late Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Bank Services Charges | 750 | 0 | 0 | 100 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Education & Training | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| Insurance | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 | 7,385 |
| Repair & Maintenance | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Data Processing | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Outside Copies | | 30,000 | | | | | | | | | | | | |
| Total Depreciation, Amortization & O | 9,151 | 39,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 | 9,151 |
| Total Operating Expense | 12,439 | 41,689 | 12,046 | 184,561 | 11,689 | 11,689 | 12,146 | 184,461 | 11,689 | 11,689 | 11,689 | 11,689 | 162,046 | 35,759 |
| Total Expenses | 15,699 | 167,759 | 15,306 | 330,431 | 15,131 | 137,850 | 15,406 | 330,331 | 14,949 | 137,759 | 14,949 | 288,116 | 288,116 | 58,819 |
| Net Income Before Taxes | 72,726 | (106,834) | 134,151 | (226,179) | 73,767 | (76,452) | 147,292 | (231,902) | 68,126 | (82,184) | 53,958 | (115,174) | (115,174) | 28,569 |