Michael R. Rochelle
State Bar No.17126700
Scott M. DeWolf
State Bar No. 24009990
Sean J. McCaffity
State Bar No. 24013122
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

*Proposed Counsel to Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| TEXANS CUSO INSURANCE GROUP, LLC, | § § § § | CASE NO. 09-35981-11 |
| Debtor. | § § | |

## PROPOSED AGENDA FOR SEPTEMBER 10, 2009 HEARING ON "FIRST DAY" MATTERS

**COMES NOW,** Texans CUSO Insurance Group, LLC ("Texans Insurance Group" or the "Debtor") and propose the following agenda (the "Agenda") for the hearing scheduled in the above-referenced bankruptcy case on **SEPTEMBER 10, 2009, AT 10:00 A.M.,** central time. The information contained in this Agenda reflects documents received by counsel to the Debtor as of the date and time this Agenda was filed.

## UNCONTESTED MATTERS

1. **"Notice of Designation as Complex Chapter 11 Bankruptcy Case" [Docket No. 8]**

   Response Deadline: N/A

   Status: Going forward

   Opposition: There is no opposition to this Notice at the current time.

2. **"Debtor's Emergency Motion for Order Extending Time to File Statements and Schedules" [Docket No. 9]**

   Response Deadline: N/A

   Status: Going forward.

   Opposition: There is no opposition to this Motion at the current time.

3. **"Debtor's Emergency Motion for Authority to Use Cash Collateral" [Docket No. 16]**

   Response Deadline: N/A

   Status: Going forward.

   Opposition: Subject to finalizing the order with the Debtor's secured lender, which the Debtor anticipates being done before the hearing, the Debtor is not aware of any opposition.

## POTENTIALLY CONTESTED MATTERS

1. **"Debtor's Motion to Honor Prepetition Compensation and Benefits of Employees" [Docket No. 11]**

   Response Deadline: N/A

   Status: Going forward

Opposition: There is no opposition at this time. However, certain parties have indicated they may have questions. For this reason, it is listed as potentially contested.

2. **"Debtor's Motion for Order Authorizing Debtor to Remit Premium Payments to Insurance Companies and Continue Such Practice in the Ordinary Course of Business" [Docket No. 13]**

Response Deadline: N/A

Status: Going forward.

Opposition: There is no current opposition at this time, however, parties have indicated they have questions. The Debtor is still providing information to various parties. For this reason, it is listed as potentially contested.

3. **"Debtor's Motion for Authorization to Maintain Insurance Financing and Insurance Policies and to Pay Certain Pre-Petition Insurance Related Obligations" [Docket No. 14]**

Response Deadline: N/A

Status: Going forward.

Opposition: There is no current opposition at this time, however, parties have indicated they have questions. The Debtor is still providing information to various parties. For this reason, it is listed as potentially contested.

## CONTESTED MATTERS

1. **"Debtor's Motion for Order Authorizing Debtor to Pay Pre-Petition Independent Agent Commissions and Continue Payment in the Ordinary Course of Business" [Docket No. 12]**

Response Deadline: N/A

Status: Going forward

Opposition: The United States Trustee opposes at this time.

## MATTERS NOT GOING FORWARD

1. **"Application to employ Rochelle McCullough, LLP as Attorney for Debtor and Debtor In Possession" [Docket No. 15]**

   Response Deadline: N/A

   Status: Will be Set for Hearing in 23 days.

   Opposition: The U.S. Trustee's office opposes on Rule 6003 Grounds.

2. **"Motion for Order Authorizing (1) Maintenance of Existing Bank Accounts and Business Forms, and (2) Continued Use of Existing Cash Management System" [Docket No. 10]**

   Response Deadline: N/A

   Status: Not Going forward.

   Opposition: The U.S. Trustee has indicated that the Debtor's current depository is not on the approved list. Accordingly, the Debtor will move its accounts from the existing depository institution.

Respectfully submitted,

/s/Scott M. DeWolf
Michael R. Rochelle
State Bar No. 17126700
Scott M. DeWolf
State Bar No. 24009990
Sean J. McCaffity
State Bar No. 24013122
Rochelle McCullough LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

Proposed Counsel for the Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the parties on the attached service list via ECF, E-Mail and/or U.S. Mail on September 9, 2009.

/s/ Scott M. DeWolf
Scott M. DeWolf

Rochelle McCullough, LLP

Texans CUSO Insurance Group, LLC
Master Service List as of 09/09/09

**Debtor:**

Texans CUSO Insurance Group, LLC
5050 Quorum Drive, Suite 500
Dallas, Texas 75254


**Proposed Debtor's Counsel:**

Scott Mark DeWolf
Rochelle McCullough LLP
101 East Park Blvd. Ste 951
Plano, Texas 75074
(972)735-9143 Phone
(972)735-9780 Fax
sdewolf@romclawyers.com

**Governmental Agencies:**

Comptroller of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-BK Section
PO Box 13528
Austin TX 78711-0000

Dallas County Tax Assessor
P.O. Box 139066
Dallas TX 75313-0000

Internal Revenue Service
c/o Special Procedures
Mail Code 5020 DAL
1100 Commerce St.
Dallas TX 75242-0000

Texas Workforce Commission
TEC BLDG, Bankruptcy
101 East 15th Street
Austin TX 78778-0000

Rochelle McCullough, LLP

**Secured Creditors:**

Credit Union Liquidity Services, LLC
777 E. Campbell Rd.
Suite 650
Richardson TX 75081


**Counsel for Secured Creditor**
Toby L. Gerber
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201


**Twenty Largest Unsecured Creditors:**

Budget Print Center
1778 N. Plano Rd., Ste 106
Richardson, Texas 75081

Konica Minolta
P.O. Box 122366
Dallas, Texas 75312

Lone Star Overnight
P.O. Box 149225
Austin, Texas 78714

Muzak
P.O. Box 71070
Charlotte, NC 28272-1070

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6460


Pitney Bowes
P.O. Box 856460
Louisville, KY 40285-6460

Recall Total Information
P.O. Box 841693
Dallas, Texas 75284

## Rochelle McCullough, LLP

Marsh Berry
P.O. Box 1303
Hermitage, PA 16184

EBIX, Inc.
3906 Paysphere Circle
Chicago, IL 60674

Insurance Service Office
P.O. Box 27507
New York, NY 10087

Cogent Communication
P.O. Box 791087
Baltimore, MD 21279-1087

Work Flow One
P.O. Box 644108
Pittsburg, PA 15264-4108

## Parties Requesting Notice

John W. Bickel II
Greggory A. Teeter
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201

Marina Partners
c/o P. Michael Refakis, Esq.
Refakis, P.C.
4925 Greenville Ave., Suite 220
Dallas, Texas 75206