Michael R. Rochelle
State Bar No.17126700
Scott M. DeWolf
State Bar No. 24009990
Sean J. McCaffity
State Bar No. 24013122
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

*Proposed Counsel to Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXANS CUSO INSURANCE GROUP, LLC, | § | CASE NO. 09-35981-11 |
| | § | |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON "FIRST DAY" MATTERS

**COMES NOW**, Texans CUSO Insurance Group, LLC ("Texans Insurance Group" or the "Debtor") and files this its Witness and Exhibit List for Hearing on "First Day" Matters, currently scheduled for September 10, 2009 at 10:00 a.m., in the Courtroom of the Honorable Barbara J. Houser, located at 1100 Commerce Street, Room 1424, Dallas, Texas 75242-1496 (the "First Day Hearing").

## WITNESSES

1. Chanda E. Herter;

2. Mike Haselden;

3. Any witness designated by any other party;

4. Any witness necessary to rebut the testimony of a witness called or designated by any party.

## **EXHIBIT LIST**

The Debtor may offer one or more of the following Exhibits at the First Day Hearing:

1. Declaration of Chanda E. Herter;

2. Cash Collateral Budget;

3. Payroll Listing;

4. Producer Account Summary (September 2008);

5. Account Portfolio as of 9/8/2009;

6. Any exhibits designated by any other party;

7. Any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party.

The Debtor reserves the right to amend or supplement this Witness and Exhibit List any time before the First Day Hearing.

Respectfully submitted,

/s/Scott M. DeWolf
Michael R. Rochelle
State Bar No. 17126700
Scott M. DeWolf
State Bar No. 24009990
Sean J. McCaffity
State Bar No. 24013122
Rochelle McCullough LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

Proposed Counsel for the Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the parties on the attached service list via ECF, E-Mail and/or U.S. Mail on September 9, 2009.

/s/Scott M. DeWolf
Scott M. DeWolf

Rochelle McCullough, LLP

## Texans CUSO Insurance Group, LLC
## Master Service List as of 09/09/09

**Debtor:**

Texans CUSO Insurance Group, LLC
5050 Quorum Drive, Suite 500
Dallas, Texas 75254


**Proposed Debtor's Counsel:**

Scott Mark DeWolf
Rochelle McCullough LLP
101 East Park Blvd. Ste 951
Plano, Texas 75074
(972)735-9143 Phone
(972)735-9780 Fax
sdewolf@romclawyers.com

**Governmental Agencies:**

Comptroller of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-BK Section
PO Box 13528
Austin TX 78711-0000

Dallas County Tax Assessor
P.O. Box 139066
Dallas TX 75313-0000

Internal Revenue Service
c/o Special Procedures
Mail Code 5020 DAL
1100 Commerce St.
Dallas TX 75242-0000

Texas Workforce Commission
TEC BLDG, Bankruptcy
101 East 15th Street
Austin TX 78778-0000

# Rochelle McCullough, LLP

**Secured Creditors:**

Credit Union Liquidity Services, LLC
777 E. Campbell Rd.
Suite 650
Richardson TX 75081


**Counsel for Secured Creditor**
Toby L. Gerber
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201


**Twenty Largest Unsecured Creditors:**

Budget Print Center
1778 N. Plano Rd., Ste 106
Richardson, Texas 75081

Konica Minolta
P.O. Box 122366
Dallas, Texas 75312

Lone Star Overnight
P.O. Box 149225
Austin, Texas 78714

Muzak
P.O. Box 71070
Charlotte, NC 28272-1070

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6460


Pitney Bowes
P.O. Box 856460
Louisville, KY 40285-6460

Recall Total Information
P.O. Box 841693
Dallas, Texas 75284

## Rochelle McCullough, LLP

Marsh Berry
P.O. Box 1303
Hermitage, PA 16184

EBIX, Inc.
3906 Paysphere Circle
Chicago, IL 60674

Insurance Service Office
P.O. Box 27507
New York, NY 10087

Cogent Communication
P.O. Box 791087
Baltimore, MD 21279-1087

Work Flow One
P.O. Box 644108
Pittsburg, PA 15264-4108

**Parties Requesting Notice**

John W. Bickel II
Greggory A. Teeter
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201

Marina Partners
c/o P. Michael Refakis, Esq.
Refakis, P.C.
4925 Greenville Ave., Suite 220
Dallas, Texas 75206